

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00801-CR

Helder Jesus Lopez **CRISOSTOMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10362W
Honorable Jefferson Moore, Judge Presiding

# O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in this appeal in which the trial court judge certifies that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." It is therefore ORDERED that the trial court clerk file an electronic clerk's record within ten days from the date of this order containing the following documents:

1.      All pre-trial orders and the related pre-trial motions;

2.      The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.      The judgment;

4.      All post-judgment motions and orders;

5.      The notice of appeal;

6.      The Trial Court's Certification of Defendant's Right of Appeal; and

7.      The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_Sandee Bryan Marion_

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.



KEITH E. HOTTLE,

Clerk of Court